I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL Petr w/form (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.
DATED: 6-12-12
DEPUTY CLERK



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RODZINSKI ALLEN, <br><br> Petitioner, <br><br> v. <br><br> WARDEN, <br><br> Respondent. | Case No. CV 12-4942-JVS(MLG) <br><br> MEMORANDUM AND ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITH LEAVE TO AMEND |

On June 6, 2012, Petitioner, a California state prisoner, filed a petition for writ of habeas corpus. The petition appears to seek this court's review of the California Supreme Court's denial of a motion to require state appellate counsel and/or the superior court to provide Petitioner with the trial transcripts and trial counsel's litigation file. The petition is deficient in the following ways:

- This Court does not have appellate jurisdiction over decisions by the California Supreme Court and may not directly review a decision by that court denying such a motion for transcripts;
- If deemed a petition for writ of habeas corpus, the petition is defective in that the petition fails to 1) identify the judgment being challenged; 2) describe the post-conviction history of the

case, including the claims raised and the filing and decision dates; 3) identify a proper Respondent; 4) inform the Court of the claims for relief.

Based on the above-noted deficiencies, the petition is DISMISSED with leave to amend. Petitioner may file a "First Amended Petition" not later than 28 days from the date of this order. To that end, the Clerk is instructed to send to petitioner with this order a copy of the latest version of form Civ 69 - Petition for Writ of Habeas Corpus by a Person in State Custody, pen-changed to reflect "First Amended" Petition. **Petitioner is further advised that if he determines that this court does not have jurisdiction over this matter, he need not file anything and this matter will be dismissed without prejudice. If he fails to file a First Amended Petition in accordance with the requirements of this order, the action will be subject to dismissal without further notice.**

Dated: June 11, 2012

Marc L. Goldman
United States Magistrate Judge