O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODZINSKI ALLEN, | ) | CASE NO. CV 12-04942 JVS (RZ) |
|             Petitioner, | ) ) | |
|     vs. | ) ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| WARDEN, | ) ) | |
|             Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Amended Report and Recommendation of United States Magistrate Judge. Petitioner has not filed any written objections to the Amended Report. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: April 15, 2015

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE