**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODZINSKI ALLEN, | CASE NO. CV 12-04942 JVS (RZ) |
| Petitioner, | |
| vs. | JUDGMENT |
| WARDEN, | |
| Respondent. | |

This matter came before the Court on the Petition of RODZINSKI ALLEN, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: April 15, 2015

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE